IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALAN L. BUFFALO                                        PLAINTIFF

       v.                 Civil No. 05-4006

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                              DEFENDANT

## **JUDGMENT**

On this 14th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,582.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                 /s/ Bobby E. Shepherd
                                                HONORABLE BOBBY E. SHEPHERD
                                                UNITED STATES MAGISTRATE JUDGE